IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF OREGON

STEPHEN COLLIS MASSEY,           )
                                 )
              Petitioner,        )
                                 ) 3:11-cv-01294-TC
                                 )
     v.                          )
                                 ) ORDER
J.E. THOMAS,                     )
                                 )
              Respondent.        )

Magistrate Judge Thomas M. Coffin filed Findings and Recommendation on March 16, 2012, in the above entitled case. The matter is now before me pursuant to 28 U.S.C. § 636(b)(1)(B) and Fed. R. Civ. P. 72(b). When either party objects to any portion of a magistrate judge's Findings and Recommendation, the district court must make a de novo determination of that portion of the magistrate judge's report. See 28 U.S.C. § 636(b)(1); McDonnell Douglas Corp. v. Commodore Business Machines, Inc.,

1    - ORDER

656 F.2d 1309, 1313 (9th Cir. 1981), cert. denied, 455 U.S. 920 (1982).

Petitioner has timely filed objections. I have, therefore, given de novo review of Magistrate Judge Coffin's rulings.

I find no error. Accordingly, I ADOPT Magistrate Judge Coffin's Findings and Recommendation filed March 16, 2012, in its entirety. Petitioner's petition (#2) is denied. This proceeding is dismissed. The clerk of court will enter judgment accordingly.

IT IS SO ORDERED.

DATED this 23rd day of April, 2012.

Michael R. Hogan
UNITED STATES DISTRICT JUDGE

2   - ORDER